IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

ALAN H. KEY, )
)
v. ) 2:10-0068
)
MICHAEL J. ASTRUE, Commissioner of Social )
  Security. )

## O R D E R

Plaintiff objects to the Report and Recommendation in which the Magistrate Judge recommends the Plaintiff's Motion be denied and this action be dismissed.

The Magistrate Judge's recommendation and finding that the decision of the Commissioner is supported by substantial evidence is supported by a consideration of the record as a whole.

The decision of the Administrative Law Judge is affirmed and the case is **DISMISSED**.

It is so **ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge